```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                       SOUTHEASTERN DIVISION


BART WAYNE SMITH,                  )
                                   )
            Plaintiff,             )
                                   )
       v.                          )    No. 1:06-CV-145 CAS
                                   )
SCOTT COUNTY JAIL,                 )
SIKESTON POLICE DEPARTMENT,        )
DREW JURDEN,                       )
CHRISTOPHER RATAJ,                 )
JOHN BLAKELY,                      )
DET. McMILLEN,                     )
SEMO DRUG TASK FORCE,              )
WILLIAM BOHNERT,                   )
DAN SEGAR,                         )
MIKE ALFORD,                       )
JAY HALCOMB,                       )
KEVIN GLASER,                      )
BERNIE CARD,                       )
STATE OF MISSOURI, and             )
PAUL BOYD,                         )
                                   )
            Defendants.            )
```

**ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

                                                           /s/ Charles A. Shaw
                                           **CHARLES A. SHAW**
                                           **UNITED STATES DISTRICT JUDGE**

Dated this __21st__ day of February, 2007.